**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| JESSICA SHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:08-cv-349 |
| | ) (Phillips) |
| SWEETWATER HOSPITAL | ) |
| ASSOCIATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on plaintiff's Motion to Dismiss [Doc. 35]. Plaintiff moves to dismiss without prejudice all claims against defendants Rick Bettis, John Carson, III, Thomas Evans, Joe Little, Davis Vestal, Douglas Warren, Barbara Watson, Peggy White, Ken Kozawa, Scott Bowman, Andrea Henry, Wendy Blair, Lucretia Santelli, and William Stovall. Defendants responded [Doc. 41], agreeing that the individual defendants named in plaintiff's Motion to Dismiss [Doc. 35] should be dismissed.

For good cause stated, the motion [Doc. 35] is **GRANTED**, whereby all claims against defendants Rick Bettis, John Carson, III, Thomas Evans, Joe Little, Davis Vestal, Douglas Warren, Barbara Watson, Peggy White, Ken Kozawa, Scott Bowman, Andrea Henry, Wendy Blair, Lucretia Santelli, and William Stovall are **DISMISSED WITHOUT PREJUDICE.**

1

**IT IS SO ORDERED**.

**ENTER:**

      s/ Thomas W. Phillips
     United States District Judge