# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **JESSICA SHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-cv-349** |
| | ) | **(Phillips)** |
| **SWEETWATER HOSPITAL ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on plaintiff's Motion to Dismiss Complaint [Doc. 52].

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff moves to dismiss her

action without prejudice.  Accordingly, plaintiff's motion [Doc. 52] is **GRANTED**, whereby

it is **ORDERED, DECREED**, and **ADJUDGED** that this action is **DISMISSED WITHOUT**

**PREJUDICE**.


　　　　**IT IS SO ORDERED**.


　　　　　　　　　**ENTER:**


　　　　　　　　　　_____s/ Thomas W. Phillips_____
　　　　　　　　　　　United States District Judge